IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 74.73.136.51

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/22/2018 01:18:30 | B00C9C262C0D6CBEF80903C91EC85BCA4CDA8AC6 | Party Of Three |
| 11/25/2017 15:39:10 | 02AD002BAFF9F5B366FD490E21A89CFF6D960F15 | Fill Her Up |
| 08/09/2017 00:56:27 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/02/2017 04:42:17 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |
| 06/04/2017 05:32:09 | 565440F35F27ECAB9F34C652144C2D48152ECA0F | An Afternoon Inside Kim |
| 03/25/2017 20:55:51 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

SNY465